AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| | | |
|---|---|---|
| Mago International LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13 CV 3370 |
| LHB INTERNATIONALE HANDELSBANK AG et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mago International LLC                                                                                                    .

Date:     07/22/2013

*Attorney's signature*

Joyce Campbell Priveterre   JCP1846
*Printed name and bar number*
Of Counsel to
Daniel Gershburg, Esq., P.C.
55 Broad Street, Suite 18B
New York, New York 10004

*Address*

joyce@danielgershburg.com
*E-mail address*

(212) 390-8866
*Telephone number*

(718) 228-8748
*FAX number*